IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Andrew Deutschle and Eric Forrest, | : | |
| Plaintiffs | : | Civil Action 2:12-cv-01151 |
| v. | : | Judge Smith |
| The American Eagle Mortgage Co., LLC, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

# ORDER

At the request of all counsel, defendants deadline for filing an answer or other responsive pleading is extended to March 1, 2013.

                                                  s/Mark R. Abel
                                                  United States Magistrate Judge